May 19, 2016



# JUDGMENT

# The Fourteenth Court of Appeals

OGOCHUKWU J. OKWO, Appellant

NO. 14-15-00289-CV                              V.

HARRIS COUNTY DISTRICT ATTORNEY, Appellee

_____

 This cause, an appeal from the judgment in favor of appellee Harris County District Attorney, signed March 12, 2015, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

 We order appellant, Ogochukwu J. Okwo to pay all costs incurred in this appeal.

 We further order this decision certified below for observance.